* United state Court of Appeal Eleventh Circuit
299 E Broward Blvd, 108
Ft Lauderdale, Florida 33301 *

* Carlos Rubio Corrales * Claim No: # ____________ *
plaintiff/Claimant/Beneficiary Asign by the Clerk.

Vs:
Mr: /Mrs: Devon Simmon * Date: October 19, 22 *
Defendant/Respondent/Trustees.

Provided to Suwannee Correctional Institution on:
OCT 26 2022
for mailing, by: [initials]
CC

Re: Mr/Mrs: Simmon

* this Writ, it a Notice of Intent to Proceed With a Claim under FS 671.209(25) and 42 U.S.C. § 1983 within an Injunction to stop the named Defendant from further proceeding with plaintiff power of Attorney support on a proposed Business idea and future Compose Invention from the only owner (C.E.O) who shared with Defendants through mail and phone calls all idea to gain support *

* Comes Now In Propria Persona Plaintiff/Claimant/Beneficiary CARLOS RUBIO CORRALES "Carlos Rubio Corrales" 3rd party intervenor Attorney in fact Sole Authorized Agent Representative Sets Forth this day 19 of October, 2022, after, 19 email sent to Defendant under chapter 671.21, Capt 671.209 (25) and UCC 9.210 It's give notice and knowledge to Defendants Mr: Devon Simmon By - CARLOS Rubio CORRALES ("Ens legis") who Reserve all Right without prejudice under UCC 1.308 Compel Remedy Relief Cure Settlement UCC 1.303 within 14 day Receipt filing this notice and knowledge from the plaintiff to Respectfully submitted to Mr: Devon Simmon and Associate to Stop Any and all proceeding Action With plaintiff power of Attorney

FILED BY [initials] D.C.
NOV 15 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

and Any proceeding with Any of the plaintiff ideas and invention proposed to Defendant under Rules of Copyrights that he would Compromise himselves to Never Trespassing or Violate Any of the Rules of law by Copyrights. *

* Now "By Special Appearance" In Support of plaintiff writ Notice and Knowledge he states as follows! *

*1). The plaintiff In Propria Persona Aver that this Honorable Court has Jurisdiction to Adhere to Fla. R. App. Procedure to Issue an Injunction under United American Judicial Code Article 62.6 of the Fla Constitution and this is the Only Remedy left for Remedy and Relief when Any Man or Woman fail to Obey our process and perform their Duties of promise As proscribed by law. *

* Statement Of Fact
Declaration *

*1). When the plaintiff Was at Charlotte C. Inst 33123 oil Well-Road Punta Gorda, Fla 33955, He Requested Inmate Winston who Was on (CM) with the plaintiff, for Support to find me Someone on his family to Help me to Sell my ideas and Inventions; upon Inmate Winston Communication with his Brother Mr; Devon Simmon, Inmate Winston sent the plaintiff a Short note with his Brother Devon phone number (213) 330-9503 and he wrote me a short note, that his Brother Wants me to call and if he finds Any Interest on Any of my ideas, or Inventions that I have to offer he proceed from there to gain Support and other people involve on the project. *

*2). On 6/20/22 the plaintiff Made a Recording Collect phone Call to Mr; Devon Simmon, at (213) 330-9503 and Defendant

Accepted the collect Call and Additional he placed a #20.00 Dollars for me to Continued to call So he can listen what kinds of Any Businesses ideas and Inventions I have to offer Against Credit Card illegal Fraud, Identity theft and a free Website for Inmates. After the phone call he stated that he was Interested and he was going to proceed with it, and gived support.*

*3) On 7/20/2022 at 4:49:26 Pm. Est. Customer ID# 2340729, letter ID # 1549653292 through Jpay See exhibit Attached for Evidence Defendant Devon Simmon letter with his mother Home Address at 4841 N.W 7th Dr plantation, Fla 33317 which stated (Sent the information here) See Evidence email to show proof and Credibility statement of fact.*

* 4). On 8/3/2022 the plaintiff Sent the Defendant, A legal Mail Notorized and Register by Mail Room legal Mail personnel As; the (page 1-of-7). On my letter to Mr: Simmons, I told him that I have a lot of Decisions to be Make / Because he Made a Big Difference in the New Technology of my idea Microchip that I Want to Invent, On the Same letter I told Defendant that all our Conversation Including the Call July 2, 2022 Were Record it, and will be an Exhibit and the plaintiff will Subpoena all phone Records and Evidence Under freedom of Information Privacy Act. legal mail personnel will provide log Notorized mail Addresses to Defendants Mr: Simmons.*

*5). On the same Notorized legal Document (page 5-of-7). I Sent the Defendant an Attached "Employee partner Job Agreement for a protection to the Businesses ideas and Invent under Copyright©) that Mr: Simmons haven't Return yet.

*6). On 8/14/2022, the plaintiff wrote Mr: Simmons Another letter

and sent him Another idea a Free Computer Website for Inmates that will make Billions of dollars, and I sent him a copy on how I want the Invention Design of the front page and why I want Butterfly Around the Heart with prison Bars and the Heart on top of a Hand Holding the Heart." See exhibit Design Evidence Attached to show proof of ownership CEO. New Computer Adult Design Invent.*

*7). On 8/16/2022 the plaintiff sent the Defendant Another letter stating that all Businesses Requires an Element of selling, and how He might need to Develop skills in this Area if he don't Already possess them, and how Import was to initially persuade people to support us. See Exhibit Copy Attached of letter statement of fact sent to him for Record Evidence.*

*8). On 8/02/22 after Talking with Defendant on the phone; I sent him a Ipay letter at 3:36 pm see Attached copy evidence from the plaintiff Tablet.*

*9). On 8/23/2022 at 9:58 Am After Talking with Defendants, I sent him a Very short email, Alone with a get Well Card Wishing you all the Best Feel Better Soon. See exhibit Evidence Attached and plaintiff Ipay Tablet which will be subpoena As Well. Defendants Tablet and phone to show physical proof and Credibility to each statement of fact.

* 10). On 9/18/22, the plaintiff sent you Another email at 6:11 pm see exhibit Defendants Tablet for evidence, But if he Delete it Any Email, the plaintiff will present his Tablet and Original Ideas and Invents.*

* 11) On 9/18/2022 at 6:11 pm, the plaintiff sent the Defendant an email, Asking you About the Delay on the pre-pay card to get my 1040 EZ Direct Deposit.*

*12). On 9/19/2022 at 10:40 Am you Mr. Devon Sent me an email with a pre-pay card # 4833-1201-4586-0939 Exp 03/27/ CVV 129 without the name Branch of the card, or the (#1800) number to Activate the card and check the Balance of the card. *See Exhibit Attached.*

*13). On 9/19/2022 at 10:41 Am Mr. Devon, he sent an email to the plaintiff with a short message: "Sent over the information if you can call me back today to Talk more if you can.*

*14). On 9/19/2022 at 7:22 Pm, the plaintiff sent you Another email to make you Aware, notice and knowledge that your power of Attorney has been Determinated by the Ownership (CEO) Carlos Rubio Corrales, See email Attached as Exhibit Evidence, where the plaintiff told Defendant to stop Any further proceeding on his behalf and sent back all letters, ideas and invents Back through Defendants Attorney Only legal mail to be open only on the present of Inmates.*

*15). On 9/19/22 at 7:59 Pm, the plaintiff wrote Defendant Another email stating that he Received an Incompleted pre-pay card See Exhibit Attached Ipay Evidence letter.*

*16) On 9/19/22 at 8:20 Am, the plaintiff sent you Another email, stating, Mr. Devon, you know that I need it a (#1800) number and the Branch of the card.*

*17). On 9/21/2022 at 10:35 Am I trying to call you three to six Time But you Didn't pick up the phone. See Attached phone Record for evidence to show proof of Credibility statement of fact.*

*18). On 9/21/2022 at 11:53 Am, I sent you Another email stating

that you forced my hand to filed Legal Action to Federal Court on theft and Fraud by Continuing Acting under the plaintiff power of Attorney, After he told you on the phone and by email to stop Any Further proceeding on Any of plaintiff Businesses ideas/or Inventions that worth Billions of Dollars; this new writ Injunction will prevent you from Any irreparable Harm Economic and I am Entitle to proceed to file a law suite Claim Against Mr. Devon and Anyone who Conspire to Commit the Crime Including Ms: Simmons, Defendants mother from Further proceeding which Court the plaintiff Financial lost.*

## *Relief Sought*

*1). that you Mr: Devon Simmon, upon Receiving of this legal writ Notice and Knowledgment is given, to stop Acting As power of Attorney on Mr: CArlos Rubio CorrAles behalf, DOB 7/2/1963 DC No# 078812 and stop All Further proceeding on Any Businesses Idea's, Invention or Computer program Sent to you by the plaintiff through mail, phone and his Tablet.*

*2). that all Mail and Notarized Documents Sent to Defendants by the plaintiff be Sent Back to the plaintiff by Mr. Devon Simmon Attorney within 14 days of this notice before I proceed with writ True Bill Affidavit for Default Judgment; that the Envelope be Addresses Open on the present of Inmate legal Mail.*

*3) that Any Further proceeding by the Defendants; the plaintiff will proceed to leave the Defendants with a Summon and a Subpoena to Mr. Devon Simmon to produce his phone, his Tablet, Computer and Every Documents Sent to him by Mail.*

* 4) If After Research the plaintiff find out that his idea's or Businesse's idea's or Inventions Are Already producing Any Income the plaintiff will proceed to froze All Financial Accounts and Businesses under Any Actions by Mr. Devon Simmons or Family or Supporters *

*5). the plaintiff wants to Receive a phone Conference from Mr. Simmons Attorney, and a legal Mail Assure the plaintiff that no further proceeding would be continued on Any of plaintiff Businesses ideas or Inventions proposed to Defendant, with all Mail sent to Mr. Devon at his mother Address *

* the Petitioner Claimant Compells Relief the Remedy Cure Settlement As Above Cited. Without Further Injury nor Any Further proceeding from the plaintiff unless he notice Any Further Damage, Irreparable Injury Economic by Defendants proceeding Actions.*

Respectfully Submitted

s/. ______________ *

Carlos Rubio Corrales
078872 Suwannee C.I. Annex
5964 U.S. Hwy 90
LIVE OAK, FLA 32060.

CC. File.

* *"OAth and Certificate of Service"*

* I Carlos Rubio Corrales, Do Hereby Without Prejudice Declare and Certify that I have prepared, Read and understand the foregoing Document and facts Sets Forth, that they Are

True and Correct Copy and that I have provide Copies of the foregoing Document to Suwannee C. Inst Legal Mail Personnel For U.S. mailing to the parties listed below this day 19 of October, 2022.

*1). Sevon Simmons 4847 N.W 7th DR plantation Fla 33317. *

*2). United state Court of Appeal Clerk of Court 299 E Broward Blvd #108, Fla Lauderdale, Fla 33301. *

*3). Attorney General 500 E Broward BLVD, Fla Lauderdale, Fla 33394. *

Respectfully Submitted

s/ ____________________

"Witness my hand this 19 day of October, 2022. AD". *

* Request For Proof of Claim. I.E. *

Authorized by Rep. Attorney-in-Fact in behalf of Debtor Carlos Rubio Corrales (Ensleg is). *

*"Certificate Of Notary"*

state of Florida
County of Suwannee

* therefore the foregoing instrument was Acknowledge / Sworn, Ascribed before me this 19 day of October, 2022. under penalty of perjury Fs 92.525 by Carlos Rubio Corrales whom Reserves all Rights without prejudice under UCC 1.308. *

* (09-3-07-9) *

[signature]

Notary Public Signature. *

Rachel Pope
Notary Public
State of Florida
Comm# HH003837
Expires 6/21/2024

Notary Public Seal stamp *

cc. File.

Exhibit B

**You have received a JPay letter, the fastest way to get mail**

From : Devon Simmons, CustomerID: 23240729
To : CARLOS CORRALES, ID: 078872
Date : 7/20/2022 4:49:26 PM EST, Letter ID: 1549653292
Location : 230
Housing : E11082

4841 NW 7th Dr, Plantation, FL 33317 sent the information here.

**JPay** *Tell your friends and family to visit www.jpay.com to write letters and send money!*

*USPS Tracking #*

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7019 2280 0001 1377 4916

7019 2280 0001 1377 4916

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*

- [x] Return Receipt (hardcopy) $ 12.40
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [x] Adult Signature Required $ 12.40
- [x] Adult Signature Restricted Delivery $ 12.40

Postmark Here

Postage $ 12.40

Total Postage and Fees $ 12.40

Sent To: Federal Deposit Insurance Corporation

Street and Apt. No., or PO Box No.: 1100 Walnut Street Box # 11

City, State, ZIP+4®: Kansas City, MO 64106.

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Deposit Insurance Corporation. Division of Depositor & Consumer protection 1100 Walnut Street Box # 11 Kansas City, MO 64106

9590 9402 6140 0209 1530 16

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
- [ ] Agent
- [ ] Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? [ ] Yes
If YES, enter delivery address below: [ ] No

3. Service Type

- [x] Adult Signature
- [x] Adult Signature Restricted Delivery
- [x] Certified Mail®
- [ ] Certified Mail Restricted Delivery
- [ ] Collect on Delivery
- [ ] Collect on Delivery Restricted Delivery
- [ ] Insured Mail
- [ ] Insured Mail Restricted Delivery (over $500)
- [x] Priority Mail Express®
- [ ] Registered Mail™
- [ ] Registered Mail Restricted Delivery
- [x] Return Receipt for Merchandise
- [ ] Signature Confirmation™
- [x] Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt



Exhibit

April 19, 2022

Carlos Rubio Corrales
2240 Robert Fulton Hwy
Peach Bottom, PA 17563-9636

**RE: Case Number 00197334**

Dear Carlos Rubio Corrales:

Thank you for contacting the National Credit Union Administration (NCUA) Consumer Assistance Center. The NCUA is the independent federal agency that regulates, charters, and supervises federal credit unions. The NCUA operates the National Credit Union Share Insurance Fund insuring the deposits of account holders in all federal credit unions and the overwhelming majority of state-chartered credit unions. The NCUA Consumer Assistance Center assists consumers in providing information about federal consumer financial protection and share insurance matters. We also help consumers resolve disputes with credit unions concerning federal consumer financial protection laws and regulations that the NCUA has the authority to enforce.

We appreciate the information you have provided regarding the management and operations of Not A Federally Insured Credit Union. We have determined that this matter does not involve a federal consumer financial protection matter. Therefore the NCUA Consumer Assistance Center is closing the file for your specific complaint. However, going forward and as appropriate, the NCUA will investigate the matter(s) you raised. If as a result of the investigation the NCUA has any supervisory concerns about the credit union's actions, the NCUA will follow-up directly with the credit union to address them.

Please note that we cannot provide legal advice and our determination in this matter does not limit your ability to pursue a private right of action if one exists. To determine such rights, you may wish to consult with private legal counsel.

Thank you for bringing this matter to our attention. The NCUA takes the concerns of consumers seriously.

Exhibit

September 2, 2022

Carlos Corrales #078872
Suwannee Correctional Institution
5964 U.S. Highway 90
Live Oak, FL 32060

Hello Carlos -

Thank you for writing to Level. In your letter, you requested contact information for various other people and programs. While we don\'t facilitate communication with other people, programs or entities, we\'re glad to support you with the educational resources we have available.

Enclosed is 1 copy of Level's guide How To Start Your Own Business: Prepare To Launch, provided to you for free. This letter serves as a receipt for ordering and receiving this free educational guide. This guide is intended to be your personal property – it doesn't need to be returned to us.

If you send us back the Completion Form sheet included in this guide, we will send you back a Certificate Of Achievement and another guide. When you send back the Completion Form, you should keep the cover and all of the interior pages. Only send us back the Completion Form – the rest of the guide is for you to keep!

One more thing – we are starting a new project to share stories and voices of incarcerated people on our social media. If you have friends or family that use Instagram, please ask them to check out and support the Instagram account @learnlevel – we are excited to share stories of our community.

I hope this letter finds you safe and healthy. We look forward to hearing from you in the future.

Best,

Sarah P.

Sarah P
Level
411 W Monroe St
Austin, TX 78704

Level is a federally recognized nonprofit educational organization.
See learnlevel.org for more information.

Exhibit

FEDERAL RESERVE
CONSUMER HELP

April 26, 2022

Carlos Rubio Corrales
33123 Oil Well Rd
Punta Gorda, FL 33955

Dear Carlos Rubio Corrales:

This is to acknowledge our receipt of your correspondence on April 21, 2022.

The Federal Reserve Consumer Help Center is designed to answer consumer questions concerning Federal Consumer Protection laws and regulations under Federal Reserve System purview. It also assists consumers in determining the appropriate agencies for filing consumer complaints. Unfortunately, we are unable to assist you with this matter.

We hope this information is helpful to you.

Sincerely,
Federal Reserve Consumer Help Center

Carlos Rubio Corrales
078872 Suwannee Correctional
Institution 5964 U.S. Hwy 90
Live Oak, Fla 32060

Mailed From State
Correctional
Institution
Suwanee C.I.

US POSTAGE
ZIP 32060
02 4H
0000380518 OCT 26 2022
$ 001.05

Legal Mail

Notary

The Honorable Clerk of Court
United State Court of Appeal
299 E Broward Blvd #108
Ft Lauderdale, Fla 33307.

33301$1922 C019

